UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PETER LEWIS | * | CIVIL ACTION NO.:  13-cv-00062 |
| **Plaintiff** | * | |
| | * | |
| VERSUS | * | **Chief Judge Brian A. Jackson** |
| | * | |
| | * | |
| SEARS CORPORATION, formerly | * | |
| SEARS, ROEBUCK and COMPANY | * | **Mag. Judge Stephen C. Riedlinger** |
| **Defendant** | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel comes, Plaintiff, Peter Lewis, who, upon advising the Court he desires to voluntarily dismiss all claims and causes of action asserted herein against Defendant, Sears Corporation, respectfully moves this Honorable Court for an Order dismissing with prejudice Plaintiff's lawsuit in its entirety against Sears Corporation, each party to bear his or its own costs.

RESPECTFULLY SUBMITTED:

/s/SHAWN R. BUSH
SHAWN R. BUSH (25995)
ATTORNEY AT LAW
12320 HIGHWAY 44, STE. 4-A
GONZALES, LA  70737
TELEPHONE:  (225) 647-1015

_____
PETER LEWIS

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PETER LEWIS** | * | **CIVIL ACTION NO.:  13-cv-00062** |
| **Plaintiff** | * | |
| | * | |
| **VERSUS** | * | **Chief Judge Brian A. Jackson** |
| | * | |
| | * | |
| **SEARS CORPORATION, formerly** | * | |
| **SEARS, ROEBUCK and COMPANY** | * | **Mag. Judge Stephen C. Riedlinger** |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the <u>3rd</u> day of February, 2014, a copy of *Plaintiff's Motion to Dismiss* was filed with the Court's ECF system for service on counsel of record.

/s/SHAWN R. BUSH

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PETER LEWIS** | * | **CIVIL ACTION NO.:  13-cv-00062** |
| **Plaintiff** | * | |
| | * | |
| **VERSUS** | * | **Chief Judge Brian A. Jackson** |
| | * | |
| | * | |
| **SEARS CORPORATION, formerly** | * | |
| **SEARS, ROEBUCK and COMPANY** | * | **Mag. Judge Stephen C. Riedlinger** |
| **Defendant** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the *Motion to Dismiss with Prejudice* filed by Plaintiff, Peter Lewis:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the captioned lawsuit, and any and all claims asserted therein, by Plaintiff, Peter Lewis, against Defendant, Sears Corporation, be and the same are hereby dismissed with prejudice, each party to bear his or its own costs.

Signed this _____ day of February, 2014.

_____
JUDGE BRIAN A. JACKSON