UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PETER LEWIS

CIVIL ACTION

VERSUS

NO.:13-cv-00062-SDD-SCR

SEARS CORPORATION, formerly
SEARS, ROEBUCK and COMPANY

ORDER

CONSIDERING the *Motion to Dismiss with Prejudice* filed by Plaintiff, Peter Lewis, in the above referenced matter;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion is GRANTED, and any and all claims asserted by Plaintiff, Peter Lewis, against Defendant, Sears Corporation, are dismissed with prejudice and each party to bear its own costs.

Baton Rouge, Louisiana, the 18 day of February, 2014.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA